# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:25-CR-00430(1)-ADA |
| | § | |
| (1) JOSE JAVIER LUNA-GUTIERREZ | § | |

## **ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed March 16, 2026, wherein the defendant (1) JOSE JAVIER LUNA-GUTIERREZ waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JOSE JAVIER LUNA-GUTIERREZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JOSE JAVIER LUNA-GUTIERREZ' plea of guilty to Count One (1) is accepted.

Signed this 1st day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE